**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-08060-PCT-GMS |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Radawna Lene Keith, | |
| Defendant. | |

Defendant was released on Pretrial Supervision on 9/13/2018. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court that defendant wishes to admit to the violation in the Petition. The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release by clear and convincing evidence. Defendant advised she understood these rights and confirmed that she wanted to waive her right to a hearing.

Based on the allegations in the petition and defendant's admission, the Court finds that defendant violated at least one condition of her release. Further, that defendant is unlikely to abide by any condition or combination of conditions of release.

///

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 8th day of March, 2019

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge